NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


In the Interest of D.T., a child.

_____

C.T.,

        Appellant,

v.                            Case No. 2D18-4320

DEPARTMENT OF CHILDREN AND
FAMILIES,

        Appellee.

_____

Opinion filed May 15, 2019.

Appeal from the Circuit Court for Pinellas
County; James Pierce, Acting Circuit
Judge.

Andrew M. Wieczorkowski of Andrew M.
Wieczorkowski, P.A., Clearwater, for
Appellant.

Bernie McCabe, State Attorney, and Leslie
M. Layne, Assistant State Attorney,
Clearwater, for Appellee Department of
Children and Families.


PER CURIAM.

        Affirmed.

NORTHCUTT, KHOUZAM, and BLACK, JJ., Concur.